UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY LEE PETERSON, | No. 2:23-cv-00218-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ALAMEDA COUNTY SHERIFF'S DEP'T., et al., | |
| Defendants. | |

Plaintiff is confined to the Santa Rita Jail and proceeds without counsel in this civil action. Within the complaint (ECF No 1 at 19), plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed an application for leave to proceed in forma pauperis on the form used by this district.

Accordingly, plaintiff's request (ECF No. 1) is denied without prejudice to filing a properly completed application for leave to proceed in forma pauperis. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis. Failure to comply with this order may result in dismissal of this action.

So ordered.

Dated: February 15, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE