UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY LEE PETERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY SHERIFF DEPT., et al.,<br><br>   Defendants. | No.  2:23-cv-00218-DJC-EFB (PC)<br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1]  Neither party has filed objections to the findings and recommendations.

////

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The Court has reviewed the file and finds the findings and recommendations to
2  be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS
3  HEREBY ORDERED that:
4      1.  The findings and recommendations filed December 6, 2023 (ECF No. 11),
5  are adopted in full.
6      2.  The complaint is dismissed without prejudice.  *See* Local Rule 110; Fed. R.
7  Civ. P. 41(b).
8      3.  The Clerk of Court is directed to close the case.

   IT IS SO ORDERED.

Dated:  **February 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2